CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
February 19, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| John Doe, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:21-cv-00051 |
| | ) |
| Rockingham County School Board *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the court on a motion for summary judgment filed by Defendants Rockingham County School Board, Phil Judd, and Sandy King (Dkt. 113). For the reasons stated in the court's accompanying Memorandum Opinion, Defendants' motion is **GRANTED**. Rockingham County School Board, Phil Judd, and Sandy King are terminated as parties to this action.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to all counsel of record. The Memorandum Opinion shall be filed under seal until further order from the court.

ENTERED this 19th day of February, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE